UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>        Plaintiff,<br><br>vs.<br><br>MARKETVIEW PLACE ASSOCIATES, LLC. et al.,<br><br>        Defendants. | NO. C21-329RSL<br><br>ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT |

The Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement entered March 12, 2021, is hereby VACATED. The Court will reissue the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement after defendants have appeared.

DATED this 12th day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT, AND EARLY SETTLEMENT