# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>MARKETVIEW PLACE ASSOCIATES LLC and SMOKE PLUS, INC., individually,<br><br>Defendants. | Cause No. 2:21-cv-329RSL-TLF<br><br>PLAINTIFF'S VOLUNTARY MOTION TO DISMISS |

Plaintiff, Robert Kessler, by and through undersigned counsel, hereby file the Plaintiff's Unopposed Voluntary Motion to Dismiss this action. Counsel for Plaintiff has conferred with counsel for the Defendants the Defendants have no objection to this Motion.

**IT IS SO ORDERED**, the above-referenced matter shall be Dismissed with prejudice.

Dated this 28th day of June, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Enabled Law Group
P.O. Box 18953
Spokane, WA 99228
(206) 445-3961

DATED this 28 June 2021.

                                      Respectfully submitted,

*/s/ Derek Butz*
Derek Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com